rental rights to his minor son, C.L.K. The trial court's judgment is affirmed.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).

A.T.A., Petitioner/Respondent,

v.

B.S.S., Respondent/Appellant.

No. ED 104532

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

FILED: April 25, 2017

Steven A. Waterkotte, St. Louis, MO, for Appellant.

Henry M. Miller, Jr., William P. Grant, Clayton, MO, for Respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

#### ORDER

PER CURIAM

B.S.S. appeals the judgment of the circuit court granting an Order of Protection against him in favor of A.T.A. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Steven Dale BRADSHAW, Appellant.

No. ED 104270

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

April 25, 2017

Kelly L. King, Warrenton, MO, for Respondent.

Samuel E. Buffaloe, Columbia, MO, for Appellant.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

#### ORDER

PER CURIAM.

Steven Bradshaw appeals from the judgment entered on his convictions after a